**Order entered August 22, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-01118-CV

## BRIGETTA D'OLIVIO, Appellant

## V.

## HILARY THOMPSON HUTSON, Appellee

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-02704-2020**

## ORDER

Before the Court is appellant Brigetta D'Olivio's emergency motion for ruling, in which she asks us to rule on the following motions: (1) emergency motion to reconsider the order denying appellant's emergency motion to abate and (2) emergency motion for permission to extend time to file motion for rehearing and motion for en banc reconsideration. The Court has ruled on these motions. Accordingly, we **DENY** the motion for ruling as moot.

/s/    ROBBIE PARTIDA-KIPNESS
         JUSTICE